# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DEWAYNE BROOKS, SUSAN CAMERON, CHRISTENE JONES, JOSHUA WELLS, individually and on behalf of all others similarly situated, § § § § § § *Plaintiffs*, § § v. § § CENTERPOINT ENERGY, INC., § § *Defendant*. § § | CIVIL ACTION NO. 4:24-CV-2940 |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF FORM AND MANNER OF SETTLEMENT NOTICE, PRELIMINARY APPROVAL OF PLAN OF ALLOCATION, AND SCHEDULING A DATE FOR A FINAL APPROVAL HEARING**

Plaintiffs, Dewayne Brooks, Susan Cameron, Christene Jones, and Joshua Wells, (together, "Plaintiffs"), by and through their attorneys, and on behalf of the CenterPoint Energy Savings Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Settlement" or "Settlement Agreement") entered into with Defendant,[1] and respectfully move the Court for an Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Date: November 4, 2025   **CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*

---
[1] As defined in the Settlement Agreement submitted herewith.

1

Mark K. Gyandoh, Esquire
PA Attorney ID # 88587
(*Admitted Pro Hac Vice*)
James A. Maro, Esquire
PA Attorney ID #86420
(*Admitted Pro Hac Vice*)
312 Old Lancaster Road
Merion Station, PA 19066
James A. Wells, Esquire
PA Attorney ID #83517
(*Admitted Pro Hac Vice*)
Email: markg@capozziadler.com
         jamesm@capozziadler.com
Telephone: (610) 890-0200
Fax: (717) 233-4103

Peter A. Muhic
**MUHIC LAW LLC**
923 Haddonfield Road
Suite 300
Cherry Hill, NJ  08002
 Email: peter@muhiclaw.com
Telephone: (856) 242-1802

**THE LAW OFFICE OF KELL A. SIMON**
Kell A. Simon
Texas Attorney ID # 24060888
501 N. Interstate Highway 35, Suite 11
Austin, Texas 78702
Email: kell@kellsimonlaw.com
Telephone: (512) 898-9019
Fax: (512) 368-9144

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: */s/Mark K. Gyandoh*
Mark K. Gyandoh, Esq.